William I. Goldsmith, SBN 82183  File: CDCS672
GOLDSMITH & HULL, APC
A Professional Corporation
16933 Parthenia Street
Northridge, CA 91343
818-990-6600  Fax: 818-990-6140

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.  CV12-10126 CBM - SS |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER DISMISSING CASE AND RESERVING JURISDICTION |
| ELIZABETH KASHANI, | ) [Proposed] (2.1)   SSG |
| Defendant(s). | ) |
| | ) |

IT IS HEREBY ORDERED that the above-entitled case is dismissed with the Court reserving jurisdiction for the sole purpose of enforcing the terms of the Settlement Agreement entered into by the parties. *All pending hearing dates are hereby vacated. No appearance needed.*

Dated: *March 3, 2014*

CONSUELO B. MARSHALL
UNITED STATES DISTRICT COURT JUDGE

*Notice of Settlement*                                     3